IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WALLACE DAWKINS, | ) | CIVIL ACTION NO.: 8:18-cv-534 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARNHART CRANE AND RIGGING CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Barnhart Crane and Rigging, Co. ("Barnhart" or "Defendant"), makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations.

      If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

OTHER:  National Christian Charitable Foundation, Inc. ("NCF") is a not-for-profit Georgia corporation that owns 99% of the capital stock of Barnhart, however, NCF's stock is non-voting, therefore it is not the parent of Barnhart.

Dated:  November 12, 2018.

Respectfully submitted,

*/s/ Brock J. Pohlmeier*
Kenneth M. Wentz III #23580
Brock J. Pohlmeier, #25817
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, Nebraska  68114
(402) 391-1991
(402) 391-7363 – facsimile
kenneth.wentz @jacksonlewis.com
brock.pohlmeier@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

>Kathleen M. Neary
>Vincent M. Powers & Associates
>411 South 13th Street, Suite 300
>Lincoln, NE 68508
>Kathleen@vpowerslaw.com

>>>>*/s/ Brock J. Pohlmeier*

4812-0257-3945, v. 1